IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 8:21CR121 |
| vs. | ) |
| | ) ORDER |
| SOCORRO ALEJANDRES ALVARES, | ) |
| Defendant | ) |

This matter is before the court on the defendant's Unopposed Motion to Continue Trial [24]. Counsel requires additional time to complete plea negotiations. Accordingly,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [24] is granted as follows:

1. The jury trial, now set for February 1, 2022, is continued to **March 15, 2022.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and March 15, 2022**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

**DATED: January 19, 2022**

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge