## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) Plaintiff, ) ) vs. ) ) SOCORRO ALEJANDRES ALVARES, ) ) Defendant ) ) | 8:21CR121 ORDER |

This matter is before the court on the defendant's Unopposed Motion to Continue Trial [26]. Counsel requires additional time to complete plea negotiations. Accordingly,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [26] is granted as follows:

1. The jury trial, now set for March 15, 2022, is continued to **May 3, 2022.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and May 3, 2022**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

**DATED: February 22, 2022**

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge